**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ROBERT JAHODA,

    Plaintiff,

        v.

FOOT LOCKER, INC.,

    Defendant.

15cv1000-AJS
LEAD CASE
**ELECTRONICALLY FILED**

---

### STIPULATION OF DISMISSAL

Plaintiff, Robert Jahoda, and Defendant, Foot Locker, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

| By: **DRINKER BIDDLE & REATH LLP** | By: **CARLSON LYNCH SWEET & KILPELA LLP** |
|---|---|
| */s/ Matthew J. Fedor* <br> Matthew J. Fedor (NJ029742002) <br> (admitted *pro hac vice*) <br> matthew.fedor@dbr.com <br> 600 Campus Drive <br> Florham Park, NJ 07932 <br> Telephone: 973-549-7000 <br> Facsimile: 973-360-9831 <br><br> *Attorneys for Defendant* <br> *Foot Locker, Inc.* | */s/ R. Bruce Carlson* <br> R. Bruce Carlson (PA I.D. 56657) <br><br> bcarlson@carlsonlynch.com <br> 1133 Penn Avenue, 5th Floor <br> Pittsburgh, PA  15222 <br> Telephone:  412-322-9243 <br> Facsimile:  412-231-0246 <br><br> *Attorneys for Plaintiff* <br> *Robert Jahoda* |

Dated:  January 25, 2016