IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT JAHODA, | ) |
| | ) Civil Action No. 2:15-cv-01000 |
| | ) |
| Plaintiff, | ) LEAD CASE |
| | ) |
| v. | ) **ELECTRONICALLY FILED** |
| | ) |
| FOOT LOCKER, INC., | ) |
| | ) |
| Defendant. | ) |

| | |
|---|---|
| MICHELLE SIPE, | ) |
| | ) Civil Action No. 2:15-cv-01083 |
| | ) |
| Plaintiff, | ) MEMBER CASE[1] |
| | ) |
| v. | ) |
| | ) |
| HUNTINGTON NATIONAL BANK, | ) |
| | ) |
| Defendant. | ) |

## ORDER DISMISSING ACTION WITH PREJUDICE

AND NOW this 3rd day of February, 2016, upon consideration of the Parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A), and in accordance with the Parties' Stipulation of Dismissal and Confidential Settlement Agreement and Release ("Settlement Agreement"), it is HEREBY ORDERED, ADJUDGED and DECREED as follows:

---

[1] Consolidated by this Court's December 3, 2015 Order (ECF No. 23).

1. The above-captioned Civil Action No. 2:15-cv-01083 is dismissed with prejudice.

2. The Court retains jurisdiction over the Parties and the above-captioned Civil Action No. 2:15-cv-01083 with respect to the interpretation and enforcement of the Parties' Settlement Agreement, including the sufficiency and timing of the Parties' plan to address website accessibility.

3. The Clerk shall mark Civil Action No. 2:15-cv-01083 as CLOSED.

4. Attorneys for Defendant in Civil Action No. 2:15-cv-01083, Huntington National Bank, are hereby removed from the docket of the lead case, Civil Action No. 2:15-cv-01000.

U.S. District Judge Arthur J. Schwab

cc: All counsel of record