IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE SIPE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> TOYS "R" US-DELAWARE, INC., <br><br> Defendant. | ) Member Case No. 2:15-cv-01037-AJS <br> ) <br> ) Lead Case No. 2:15-cv-01000 <br> ) <br> ) Judge Arthur J. Schwab <br> ) <br> ) **ELECTRONICALLY FILED** <br> ) |

### REPORT OF NEUTRAL

A mediation session was held in the above-captioned matter on <u>February 9, 2016</u>.

The case (please check one):
   <u>  X  </u> has resolved
   _____ has resolved in part (see below)
   _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within <u> N/A </u> days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated:  February 10, 2016              */s/ Arthur H. Stroyd, Jr.*_____
                                          Signature of Neutral

Rev. 09/11