# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHELLE SIPE, | |
| Plaintiff, | 15-cv-1217 |
| v. | Filed Electronically |
| RED ROOF INNS, INC., | The Honorable Arthur J. Schwab |
| Defendant. | |

## STIPULATION OF DISMISSAL

Plaintiff, Michelle Sipe, and Defendant, Red Roof Inns, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

| | |
|---|---|
| */s/ R. Bruce Carlson* | */s/ John McIntyre* |
| R. Bruce Carlson | John McIntyre |
| bcarlson@carlsonlynch.com | jmcintyre@reedsmith.com |
| Benjamin J. Sweet | Reed Smith LLP |
| bsweet@carlsonlynch.com | 225 Fifth Avenue |
| Carlson Lynch Sweet & Kilpela LLP | Pittsburgh, PA  15222 |
| 1133 Penn Avenue, 5th Floor | Phone:  412.288.3822 |
| Pittsburgh, PA 15222 | |
| Phone:  412.322.9243 | Counsel for Defendant |
| Fax:  412.231.0246 | |
| | |
| Counsel for Plaintiff | |