IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

ROBERT JAHODA,

    Plaintiff,

v.

FOOT LOCKER, INC.,

    Defendant.

15cv1000
LEAD CASE
**ELECTRONICALLY FILED**

---

ROBERT JAHODA,

    Plaintiff,

v.

NATIONAL BASKETBALL ASSOCIATION,

    Defendant.

15cv1462
MEMBER CASE

---

## ORDER

Upon consideration of the Consent Motion for Extension of Time to Respond to Complaint in the above-captioned action, it is this 1st day of March, 2016, hereby:

**ORDERED** that the Second Consent Motion for Extension of Time to Respond to Complaint is hereby **GRANTED**; and it is

**FURTHER ORDERED** that Defendant NBA Media Ventures, LLC shall have up to and including March 14, 2016, to answer or otherwise respond to Plaintiff's Complaint.

**IT IS SO ORDERED**.

_____
HON. ARTHUR J. SCHWAB
UNITED STATES DISTRICT JUDGE